IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*



IN THE MATTER OF THE ISSUANCE OF
A CRIMINAL COMPLAINT AND ARREST
WARRANT RE:

JAMAR EDWARD GAY

Case No. 2:25-mj-__282__

## AFFIDAVIT

I, Daniel Beasley, Special Agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF), United States Department of Justice, having been duly sworn, depose and state that:

### INTRODUCTION

1. Your affiant is a ATF Special Agent as part of my employment, I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the ATF National Academy Special Agent Basic Training Program in Glynco, Georgia. As a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program, I received specialized narcotics training. As a graduate of the ATF National Academy, I received specialized training in federal firearms regulations. In 2020, I attended the ATF Interstate Nexus Expert training at the Federal Law Enforcement Training Center. In 2024, I received training on Privately Made Firearms for Interstate Nexus. Prior to this appointment, I served as a United States Probation Officer and United States Probation Officer Assistant for the Middle District of Florida for seven years.

2.  Your affiant has become aware of the facts and circumstances described below through your affiant's personal observation, training and experience, information provided by other law enforcement officers, witness interview(s), confidential informant (CI) and suspect statement(s). Since this Affidavit is being submitted for the limited purpose of securing a search warrant, your affiant has not included each and every fact known concerning this investigation. Rather, your affiant has set forth only those facts that are necessary to establish probable cause for the requested criminal complaint and arrest warrants and does not set forth all my knowledge about this matter.

## II. PROBABLE CAUSE

3.  On December 18, 2025, Special Agents with of the Bureau of Alcohol, Tobacco, Firearms and Explosives, Special Response Team hereafter referred to as (ATF/SRT), along with members of the Chesapeake Police Department, hereafter rereferred to as (CPD) and members of the Norfolk Police Department executed simultaneous federal residential search warrant at the locations of 1742 Melon Street, Norfolk, VA 23523.

4.  ATF/SRT executed the arrested and residential warrants and were operating in marked capacity wearing an outer ballistic vest that read "ATF/POLICE" on both the front and back. ATF/SRT knocked and announced before entry was made and located Jamar Edward Gay inside the residence of 1742 Melon Street, Norfolk, VA 23523 in the threshold of the main bedroom.

5.  During the search of the residence police located a Tupperware container in the kitchen area with suspected crack cocaine, suspected powder cocaine, blue pills and suboxone strips commercially packaged which are pictured below.




6.  Police field tested some of the substances. The test indicted one of the substances was 3 grams of oxycodone hydro-chloride. The test indicated one of the substances contained in three separate baggies was 21.4 grams of cocaine.

7.  Also, in the kitchen police located two digital scales, one of which had a razor blade with white powder on top of it.

8.  Inside the bedroom behind where GAY was first observed, located under the bed, police found a Glock handgun that contained a conversion kit making the firearm a machine gun pictured below.



9. Also under the bed, in a backpack, was a large package of suspected marijuana pictured below.



10. The police field tested the suspected marijuana and it tested positive for marijuana and weighs approximately one pound.

11. The backpack also contained another conversion switch which could be used to convert a semi-automatic firearm into a machine gun pictured below.



12. The backpack also contained two proscription bottles with GAY's name picture below.



13. In a second backpack also located under the bed additional suspected marijuana. This substance has not been tested at this time.

5

14. In that same bedroom, Police found in a pair of pants with a wallet inside containing a Virginia Driver's license, debit card and a United States Marine Corp Identification for GAY pictured below.



15. In the living room police found a distinctive jacket bearing a logo and the words "True Religion. GAY was observed wearing that jacket eight days before on the pole camera. The jacket is pictured below.



16. Also, in the living room police located a Smith and Wesson firearm. Shawtinia Simpson, believed to be GAY's girlfriend told police that Smith and Wesson was her firearm. Ms. Simpson knew where the gun was located. The firearm is pictured below.



17. Your affiant has investigated narcotics cases for the past nine years. Your affiant is familiar with the methods and practices of narcotic's traffickers. Based on you affiant's experience firearms are commonly used to protect both narcotics and narcotics proceeds from other criminals who may attempt to rob the trafficker of those items.

18. Your affiant reviewed GAY's criminal history and learned that GAY is a convicted felon and prohibited from possessing firearms. GAY's criminal history consists of a conviction for an Unlawful Wounding & a guilty plea for Probation Violation in March 2018. A guilty conviction for Wounding- Malicious in August 2022. Your affiant confirmed GAY's right to possess a firearm had not been restored.

### III. CONCLUSION

Based on the facts contained herein, combined with the training and experience of the investigative team, I conclude that there is probable cause to believe that Jamar Edward GAY did knowingly commit the following offense:

COUNT ONE: On or about December 18, 2025, within the Eastern District of Virginia, the defendant, **JAMAR EDWARD GAY**, did knowingly use and carry one or more firearms,

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute cocaine, marijuana and oxycodone, a Schedule I and Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

I request that the Court issue a Criminal Complaint for this offense. I further request that the Court authorize and issue arrest warrants for Jamar Edward GAY for this offense.

Further your affiant sayeth naught.

_____
Daniel Beasley, Special Agent
Bureau of Alcohol, Tobacco, and Firearms (ATF)

Sworn and subscribed to before me this ____ day of December 18, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Read and Reviewed:

_____
Joseph DePadilla
Assistant United States Attorney